Thomas J. Bracken, Esq.
**STALKER, VOGRIN, BRACKEN & FRIMET, LLP**
150 Broadway, Suite 1200
New York, New York   10038
Tel.: (212) 513-1075
Fax: (212) 346-9063
Attorneys for Plaintiff

_____X

| | |
|---|---|
| ALIT (No.1) LIMITED on its own behalf and on behalf of all other Members of the Lloyd's syndicate KNOWN AS R.A. STUCHBERY & OTHERS SYNDICATE 1096 AT LLOYD'S, LONDON FOR THE 1998-2001 YEARS OF ACCOUNT<br><br>*Plaintiff,*<br><br>V.<br><br>BROOKS INSURANCE AGENCY and AMERICAN EQUITY INSURANCE COMPANY<br><br>*Defendants.* | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY –<br><br>TRENTON VICINAGE<br><br>Civil Action:   10-CV-02403-MAS- TJB<br><br><br><br>NOTICE OF PLAINTIFF, ALIT (No.1) LIMITED's APPEAL FROM JUDGE BONGIOVANNI'S AUGUST 6, 2012 ORDER (D.I. 97)<br><br><br>***Electronically Filed*** |

_____X

TO:   Lawrence P. Bunis, Esq.
        Margolis, Edelstein
        *Attorneys for Brooks Insurance Agency*
        Sentry Office Plaza
        216 Haddon Avenue
        P.O. Box 92222
        Westmont, NJ 08108


        Lisa C. Wood, Esq.
        SAIBER LLC
        *Attorneys for American Equity Insurance Company*
        18 Columbia Turnpike
        Suite 200
        Florham Park, NJ 07932

**PLEASE TAKE NOTICE** Plaintiff Alit (No 1) on its own behalf and on behalf of all other members of the Lloyd's Syndicate known as R. A. Stuchbery & Others Syndicate 1096 at Lloyd's, London for the 1998 – 2001 years of account, will appear before the Honorable Michael Shipp, U.S.D.J., at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey, on **Monday, September 17, 2012**, at **10:00 a.m.** or as soon thereafter as counsel may be heard, and appeal this Court, pursuant to Federal Rule 72(a) and Local Civil Rule 72.1(c), for an Order reversing and vacating in part the August 6, 2012 Letter Order (D.I. 97) of the Honorable Tonianne J. Bongiovanni, U.S.M.J., requiring Alit to respond to discovery demands that seek information and documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**PLEASE TAKE FURTHER NOTICE** in support of within Appeal, Plaintiff will rely on the attached Letter Brief and attached exhibits, submitted concurrently herewith. A proposed form of Order is submitted for the Court's convenience.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested in the event that this Motion is opposed.

Dated: August 20, 2012

                                                **STALKER VOGRIN BRACKEN & FRIMET, LLP**

By: _____
                                      THOMAS J. BRACKEN (TJB/8315)
                                      150 Broadway
                                      Suite 1200
                                      New York, NY 10038
                                      (212) 513-1075 (v)
                                      tbracken@svbf-law.com
                                      *Attorneys for Plaintiff/Petitioners,* ALIT (No.1)