|  |  |
|---|---|
| _____X | UNITED STATES DISTRICT COURT |
| ALIT (No.1) LIMITED on its own behalf and on behalf of all other | DISTRICT OF NEW JERSEY – |
| Members of the Lloyd's syndicate | TRENTON VICINAGE |
| KNOWN AS R.A. STUCHBERY & OTHERS SYNDICATE 1096 AT LLOYD'S, LONDON |  |
| FOR THE 1998-2001 YEARS OF ACCOUNT | Civil Action:   10-CV-02403-MAS- TJB |
| *Plaintiff*, |  |
| V. |  |
|  | **ORDER** |
| BROOKS INSURANCE AGENCY and AMERICAN EQUITY INSURANCE COMPANY |  |
| *Defendants.* |  |
| _____X |  |

**THIS MATTER** having been brought before the Court upon the Appeal of Plaintiff, ALIT (No.1) LIMITED ("Alit"), from the August 6, 2012 Letter Order (D.I. 97) of the Honorable Tonianne J. Bongiovanni, U.S.M.J. ("Order"), and to seek reversal and vacation of said Order insofar as it requires Alit to respond to discovery demands that seek information and documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence; and the Court having considered the papers submitted in support of the within Appeal and any Opposition thereto; and the Court having considered oral argument of the parties, if any; and for the reasons set forth in the record of the proceedings, and for other and good cause having been show,

**IT IS** on this _____ day of _____, 2012,

ORDERED that Judge Bongiovanni's determination in her Order that Alit must respond to Interrogatories No.s 26, 27, 31, 32, 33, 35, 36, 37, 38, 39, 40 of AEIC's Supplemental Interrogatories is hereby reversed and vacated.

BY THE COURT:

_____
HONORABLE MICHAEL SHIPP
UNITED STATES DISTRICT JUDGE