## STALKER | VOGRIN | BRACKEN | FRIMET

NEW YORK - PENNSYLVANIA - NEW JERSEY - CALIFORNIA

August 29, 2012

*Via ECF*

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Building &
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RECEIVED
AUG 30 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

RE: *Alit (No. 1) Limited (on its own behalf and on behalf of all Other Members of the Lloyd's Syndicate) known as R.A. Stuchberry & Others Syndicate 1096 at Lloyd's of London for the 1998-2001 years of account v. Brooks Insurance Agency and American Equity Insurance Company,*
Case No.: 3:10-CV-02403-MAS-TJB

Dear Judge Bongiovanni:

We represent Plaintiff, Alit (No. 1) Limited, in the above-referenced matter. Currently pending before this Honorable Court is a motion by Defendant American Equity Insurance Company for leave to amend their Answer to assert additional counter-claims and defenses.

We respectfully request that Pursuant to Local Rule 7.1(d)(5), this matter be adjourned one motion date from the current motion date of September 17, 2012 to October 1, 2012 so that opposition papers would be due on September 17, 2012 and any reply papers due on September 24, 2012.

**GRANTED**

We note that this matter has been adjourned on one previous occasion on Defendant Brooks' Insurance Agency's request.

We have attempted to contact counsel for Brooks and AEIC to secure their consent to this request. However, we have not heard back from either party.

So Ordered this 30th day of August, 2012

*[signature]*