Lisa C. Wood, Esq.
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
TEL.:  (973) 622-3333
FAX:   (973) 622-3349
E-mail: lwood@saiber.com
*Attorneys for Defendant American Equity Insurance Company*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALIT (NO. 1) LIMITED, on its own behalf and on behalf of all other members of the Lloyd's Syndicate known as R.A. Stuchbery & Others Syndicate 1096 at Lloyd's, London for the 1998-2001 Years of Account,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BROOKS INSURANCE AGENCY, and AMERICAN EQUITY INSURANCE COMPANY,<br><br>　　　　　　Defendants. | Civil Case No.: 3:10-CV-02403-MAS-TJB<br><br><br><br>**DEFENDANT AMERICAN EQUITY INSURANCE COMPANY'S NOTICE OF CROSS-APPEAL FROM AND OBJECTIONS TO JUDGE BONGIOVANNI'S AUGUST 6, 2012 <u>ORDER (D.I. 97)</u>**<br><br>*Document Electronically Filed* |

TO:　　Thomas J. Bracken, Esq.
　　　　STALKER VOGRIN
　　　　BRACKEN & FRIMET, LLP
　　　　Attorneys for Plaintiff
　　　　150 Broadway, Suite 1200
　　　　New York, New York 12000
　　　　*Counsel for Plaintiff*

　　　　Lawrence J. Bunis, Esq.
　　　　MARGOLIS EDELSTEIN, ESQS.
　　　　Attorneys for Defendant Brooks
　　　　Insurance Agency
　　　　100 Century Parkway, Suite 200
　　　　Mount Laurel, NJ 08054
　　　　*Counsel for Defendant Brooks Insurance Agency*

{00742513.DOC}

**PLEASE TAKE NOTICE** that on **Monday, October 1, 2012**, at **10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendant American Equity Insurance Company ("AEIC") shall appear before the Honorable Michael Shipp, U.S.D.J., at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey, and shall appeal this Court, pursuant to Federal Rule of Civil Procedure 72(a) and Local Civil Rule 72.1(c), for an Order reversing and vacating in part the August 6, 2012 Order (D.I. 97) of the Honorable Tonianne J. Bongiovanni, U.S.M.J., finding that certain of AEIC's demands are not relevant within the meaning of Fed. R. Civ. P. 26.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Cross-Appeal and AEIC's objections to the subject Order, AEIC shall reply upon its Letter Brief submitted concurrently herewith. A proposed Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that oral argument is specifically requested.

Respectfully submitted,

By: _____
LISA C. WOOD, ESQ.
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
TEL.: (973) 622-3333
FAX: (973) 622-3349
E-mail: lwood@saiber.com
Attorneys for Defendant
American Equity Insurance Company

Dated: September 17, 2012